# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>SUANI HERNANDEZ-ESCOTO,<br>DARWIN PERDOMO-MARTINEZ, and<br>REYNALDO HERNANDEZ-ESCOTO<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:24-mj-00084<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2024__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | 1. Conspiracy to Distribute and Possess with the Intent to Distribute 400 grams or more of Fentanyl, a Schedule II controlled substance; and,<br><br>2. Possession with the Intent to Distribute 400 grams or more of Fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Ryan R. Donovan.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Ryan R. Donovan, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __6:13__ a̶.̶m̶./p.m.

Date: __May 3, 2024__

*(signed)* Youlee Yim You
*Judge's signature*

City and state: __Portland, Oregon__    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*